IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:16-cv-1261-RWS |
| vs. | § § | LEAD CASE |
| BEACHBODY, LLC | § § § | |
| Defendant. | § § | |
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:16-cv-1262-RWS |
| vs. | § § | CONSOLIDATED CASE |
| CBT NUGGETS, LLC | § § § | |
| Defendant. | § § | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On this date, the Court considered Plaintiff Rothschild Broadcast Distribution Systems, LLC's motion to dismiss without prejudice Defendant pursuant to Fed. R. Civ. P. 41(a).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant CBT Nuggets, LLC are dismissed without prejudice with each party to bear its own fees and costs.

SO ORDERED.

**SIGNED this 8th day of March, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE